IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN PATINO,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.
_____/

No.  CIV.S-05-1736 DAD

ORDER

    By order filed December 1, 2005, plaintiff was directed to show cause in writing within ten days why this case should not be dismissed for lack of prosecution.  On December 11, 2005, plaintiff filed a response to the order to show cause indicating that the necessary documents for service have now been submitted to the U.S. Marshal's office for service in accordance with the court's order filed September 1, 2005.

/////

/////

1

Accordingly, the order to show cause filed on December 1, 2005, is HEREBY DISCHARGED. This matter will proceed according to the terms of the court's scheduling order filed September 1, 2005.

DATED: December 15, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/patino1736.dischargeOSC